UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

---------------------------------------------------------
)
IN RE: DePUY ORTHOPAEDICS, INC. )
ASR HIP IMPLANT PRODUCTS ) MDL NO. 1:10 md 2197
LIABILITY LITIGATION )
)
) SHORT FORM COMPLAINT
) FOR
) DePUY ORTHOPAEDICS, INC.
) ASR HIP IMPLANT PRODUCTS
) LIABILITY LITIGATION
---------------------------------------------------------

This applies to:

Shirley A. Walker v. DePuy Orthopaedics, Inc., *et al*   JURY TRIAL DEMANDED

---------------------------------------------------------

SHIRLEY A. WALKER

        Plaintiff,

  -against-

DePUY ORTHOPAEDICS, INC., DePUY
INC., DePUY INTERNATIONAL LIMITED,
JOHNSON & JOHNSON, JOHNSON &
JOHNSON SERVICES, INC., JOHNSON &
JOHNSON INTERNATIONAL,

        Defendants

---------------------------------------------------------

**ABBREVIATED SHORT FORM COMPLAINT FOR DePUY ORTHOPAEDICS,
INC., ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

    1.    Plaintiff, Shirley A. Walker, states and brings this civil action before the court for the United States District Court for the Northern District of Ohio as a related action in the matter entitled IN RE: DePUY ORTHOPAEDICS, INC., ASR HIP IMPLANT PRODUCTS

1

LIABILITY LITIGATION MDL No. 2197.  Plaintiff is filing the short form complaint as permitted by Case Management Order Number 4 of this Court.

## ALLEGATIONS AS TO VENUE

2.	Venue of this case is appropriate in the District Court for the Eastern District of Virginia.  Plaintiff states that but for the order permitting direct filing into the Northern District of Ohio pursuant to Case Management Order Number 4, Plaintiff would have filed in the District Court for the Eastern District of Virginia.  Therefore, Plaintiff respectfully requests that at the time of transfer of this action back to the trial court for further proceedings, that this case be transferred to the above referenced District Court.

3.	Plaintiff Shirley A. Walker is a resident and citizen of Santa Fe, New Mexico, however, she resided in Virginia with her daughter when she received the implantation complained of herein, and claims damages as set forth below.

4.	Plaintiff was born on April 5, 1946.

5.	Plaintiff is not filing this case in a representative capacity.

Plaintiff claims damages as a result of:

___X____ injury to herself

_____ injury to the person represented

_____ wrongful death

_____ survivorship action

___X____ economic loss

_____ loss of services

_____ loss of consortium

## ALLEGATIONS AS TO INJURIES

6. Plaintiff was implanted with a DePuy ASR hip implant on her right hip on or about October 26, 2009 at the Reston Hospital Center in Reston, Virginia, by Dr. Mark P. Madden.

7. Plaintiff did not receive bilateral hip replacement.

8. On or about November 1, 2019, Plaintiff suffered the following personal and economic injuries as a result of the implantation with the ASR hip implant: Plaintiff suffered a revision surgery of her hip because the ASR rotated out of position; Plaintiff suffered a large liquid pseudotumor approximately 15 centimeters in the subcutaneous tissue in the area of the fascia and gluteus medius consistent with metal-on-metal disease; the pseudotumor was excised and resulted in approximately 20 cm of dehiscence of the fascia; approximately two thirds of the abductors were detached with pseudotumor fluid down to the joint; Plaintiff suffered metallic debris in the posterior wall and metallic debris at the trunnion; Plaintiff suffered protusio acetabuli; Plaintiff suffered metal-on-metal metallosis; after the revision surgery Plaintiff has suffered dropfoot, weakness, pain, discomfort, scarring, and other pain, emotional and physical suffering.

9. Plaintiff had the ASR hip implant explanted on or about November 1, 2019, at the Reston Hospital Center in Reston, Virginia by Dr. Mark C. Hartley and Thomas J. Klein.

10. Plaintiff had only one hip implant.

11. Plaintiff has suffered injuries as a result of the implantation and explantation of the DePuy ASR hip implant manufactured by Defendants as shall be fully set forth in Plaintiff's Fact Sheet and other responsive documents provided to the Defendants and are incorporated by reference herein.

12. At the time of implantation with the ASR hip implant, the Plaintiff resided with her daughter in Virginia.

13. The Defendants by their actions or inactions, proximately caused Plaintiff's injuries.

14. The Plaintiff could not have known that the injuries she suffered were as a result of a defect in the ASR hip implant until after the date the device was recalled from the market and the Plaintiff came to learn of the recall.

15. The Plaintiff could not have known that she was injured by excessive levels of chromium and cobalt until after the date she had her blood drawn and she was advised of the results of said blood work.

16. As a result of the injuries Plaintiff sustained, she is entitled to recover compensatory damages for pain and suffering and emotional distress and for economic loss as well as punitive damages.

## ALLEGATIONS AS TO DEFENDANTS
### SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

17. The following claims and allegations are asserted by Plaintiff and are herein incorporated by reference:

    __X__ FIRST CAUSE OF ACTION
          (NEGLIGENCE);

    __X__ SECOND CAUSE OF ACTION
          (NEGLIGENCE PER SE);

    __X__ THIRD CAUSE OF ACTION
          (STRICT PRODUCTS LIABILITY-DEFECTIVE DESIGN);

    __X__ FOURTH CAUSE OF ACTION
          (STRICT PRODUCTS LIABILITY-MANUFACTURING DEFECT);

    __X__ FIFTH CAUSE OF ACTION

    (STRICT PRODUCTS LIABILITY-FAILURE TO WARN);

__X__ SIXTH CAUSE OF ACTION
    (BREACH OF EXPRESS WARRANTY);

__X__ SEVENTH CAUSE OF ACTION
    (BREACH OF WARRANTY AS TO MERCHANTABILITY);

__X__ EIGHTH CAUSE OF ACTION
    (BREACH OF IMPLIED WARRANTIES);

__X__ NINTH CAUSE OF ACTION
    (FRAUDULENT MISREPRESENTATION);

__X__ TENTH CAUSE OF ACTION
    (FRAUDULENT CONCEALMENT);

__X__ ELEVENTH CAUSE OF ACTION
    (NEGLIGENT MISREPRESENTATION);

__X__ TWELFTH CAUSE OF ACTION
    (FRAUD AND DECEIT);

__X__ THIRTEENTH CAUSE OF ACTION
    (UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER STATE LAW);

__X__ FOURTEENTH CAUSE OF ACTION
    (MISREPRESENTATION BY OMISSION);

__X__ FIFTEENTH CAUSE OF ACTION
    (CONSTRUCTIVE FRAUD);

__X__ SIXTEENTH CAUSE OF ACTION
    (NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS);

__X__ SEVENTEENTH CAUSE OF ACTION
    (INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS);

__X__ EIGHTEENTH CAUSE OF ACTION
    (GROSS NEGLIGENCE/MALICE);

__X__ NINETEENTH CAUSE OF ACTION
    (LOSS OF CONSORTIUM);

__X__ TWENTIETH CAUSE OF ACTION
    (PUNITIVE DAMAGES);

   __ X __ TWENTY-FIRST CAUSE OF ACTION
(MEDICAL MONITORING);

   _____ TWENTY-SECOND CAUSE OF ACTION
(VIOLATION OF APPLICABLE STATE CONSUMER FRAUD STATUTE) SPECIFY THE STATUTE ALLEGED _____

   _____ TWENTY-THIRD CAUSE OF ACTION
(RESTITUTION OF ALL PURCHASE COSTS AND DISGORGEMENT OF ALL PROFITS FROM MONIES THAT PLAINTIFF INCURRED IN PURCHASE OF THE HIP IMPLANT);

PLAINTIFF ASSERTS THE FOLLOWING ADDITIONAL STATE CAUSES OF ACTION:

_____

_____

_____

_____

WHEREFORE, Plaintiff prays for judgment against Defendants as follow:

1. For compensatory damages requested and according to proof;

2. For punitive or exemplary damages against defendants;

3. For all applicable statutory damages of the state whose laws will govern this action;

4. For medical monitoring, whether denominated as damages or in the form of equitable relief;

5. For an award of attorney's fees and costs;

6. For prejudgment interests and the costs of suit; and

7. For such other and additional relief as this court may deem just and proper.

**<u>JURY DEMAND</u>**

Plaintiff hereby demands a trial by jury on all claims so triable.

**Dated April 13, 2021.**

                                              Respectfully submitted,

                                              Shirley Walker,

                                              By:   /s/                        
                                                   Co-Counsel

                                            Matthew A. Crist, VSB No. 85922
                                            mcrist@MACPLLC.net
                                            Matthew A. Crist, PLLC
                                            1727 King Street, Suite 300
                                            Alexandria, VA 22314
                                            (571) 551-6859
                                            ***Co-Counsel for Plaintiff***

                                            By:   /s/                        
                                                   Co-Counsel

                                            Jonathan A. Simms, VSB No. 75663
                                            jsimms@simmsfirm.com
                                            The Simms Firm, PLC
                                            11325 Random Hills Road
                                            Suite 360
                                            Fairfax, Virginia 22030
                                            Office: 703-383-0636
                                            Facsimile: 703-225-3333
                                            ***Co-Counsel for Plaintiff***