UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

------------------------------------------------------
)
IN RE: DePUY ORTHOPAEDICS, INC. )
ASR HIP IMPLANT PRODUCTS ) MDL NO. 1:10 md 2197
LIABILITY LITIGATION ) CASE NO. 1:21-dp-20008-JJH
)
)
)
------------------------------------------------------
SHIRLEY A. WALKER

        Plaintiff,

  -against-

DePUY ORTHOPAEDICS, INC., DePUY
INC., DePUY INTERNATIONAL LIMITED,
JOHNSON & JOHNSON, JOHNSON &
JOHNSON SERVICES, INC., JOHNSON &
JOHNSON INTERNATIONAL,

        Defendants
------------------------------------------------------

## NOTICE OF CORRECTION

THE CLERK OF COURT will please replace the documents attached hereto for the corresponding documents inadvertently filed with the Complaint in the above-noted action.

**Dated April 13, 2021.**

        Respectfully submitted,

        Shirley Walker,

        By: /s/ _____
          Co-Counsel

        Matthew A. Crist, VSB No. 85922
        mcrist@MACPLLC.net
        Matthew A. Crist, PLLC

        1727 King Street, Suite 300
        Alexandria, VA 22314
        (571) 551-6859
        ***Co-Counsel for Plaintiff***